# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYRA CANO, ELVIRA BOBADILLA, and CASMIRO CANO, | CASE NO. 06cv279 WQH (RBB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| DAVID CHAVEZ, an individual, and the UNITED STATES OF AMERICA, | |
| Defendants. | |

The Joint Motion to Dismiss Case as to Defendant David Chavez (Doc. # 35) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs' action against Defendant David Chavez is **DISMISSED WITHOUT PREJUDICE**.

The Joint Motion to Dismiss Case as to Defendant United States of America (Doc. # 36) is **GRANTED**.   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs' action against Defendant United States of America is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall close this case.

DATED:  September 21, 2007

_William Q. Hayes_
**WILLIAM Q. HAYES**
United States District Judge

06cv279